Wilson *against* Fenner.

ALBANY,
August, 1808.

Brush
v.
Adm's of
Reeves.

ON the return to the *certiorari*, in this cause, it ap-
peared, that the suit below was on a promissory note, and
the defendant did not appear or make any defence in the
cause ; and the justice then said, " being convinced by
the evidence adduced by the plaintiff, I gave judgment,"
&c.

*Per Curiam.* The evidence mentioned by the justice,
the court will intend to be legal evidence, given under
oath, and not merely the production of the note. The
justice is not bound to state the evidence in his return,
unless called upon to do so. The usual form of giving
judgment, is to say, " after hearing the allegations and
proofs of the parties," &c. If the plaintiff in error wish-
ed for explanation as to the evidence offered, he should
have applied to the court for a rule on the justice for that
purpose.

Judgment affirmed.

Where a jus-
tice returned
to a *certiorari*,
that, " being
convinced by
the evidence
adduced, he
gave judg-
ment," &c. the
court intended
that it was on
legal evidence.